STATE v. SCHOFIELD

No. 186P94

Case below: 114 N.C.App. 267

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

STATE v. SHORES

No. 243P94

Case below: 114 N.C.App. 666

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 September 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

TRANSAMERICA INS. CO. v. WOODY'S RESTAURANT & TAVERN

No. 294P94

Case below: 114 N.C.App. 820

Petition by defendants (Woody's Restaurant & Tavern and Tony A. Williams, Sr.) for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

UNITED SERVICES AUTOMOBILE ASSN. v. GAMBINO

No. 302P94

Case below: 114 N.C.App. 701

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

WHITE v. DAVENPORT

No. 277P94

Case below: 114 N.C.App. 667

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.